No. 80–5388.   TINSLEY v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 80–5398.   WILKS v. ISRAEL, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 80–5405.   SOTO-MATOS v. FAUVER, CORRECTIONS COMMISSIONER, ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 80–5410.   BURGOS v. FOLLETTE, WARDEN.   C. A. 2d Cir. Certiorari denied.

No. 80–5429.   DEGIDEO v. ALTEMOSE CONSTRUCTION Co. C. A. 3d Cir.   Certiorari denied.

No. 80–5470.   SMITH v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–5481.   WILKINS v. HINTON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 80–5494.   BRYANT v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–5498.   WHITFIELD v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 80–5499.   KEITH v. BORDENKIRCHER, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 80–5504.   FRAZIER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 80–5510.   ARRINGTON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 80–5511.   SULLIVAN v. BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.